ACCEPTED
03-14-00810-CV
5126043
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 4:31:51 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00810-CV

In the Third Court of Appeals
For the State of Texas
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 4:31:51 PM
JEFFREY D. KYLE
Clerk

STEPHEN D. FOX,
AS NEXT FRIEND OF
C.F. and M.F.
Appellant

V.

MIRNA AZUCENA ALBERTO PEREZ
Appellee

Appeal from the 207th Judicial District Court of Comal County, Texas
Cause No. C2014-1631B
Honorable Dip Waldrip, Presiding

APPELLANTS'
SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

Respectfully submitted,

STEPHEN D. FOX
TBN 07337250
P.O. Box 312104
New Braunfels, Texas 78131
(832) 245-2665
E Mail –
Fox.Stephen2011@gmail.com

ATTORNEY FOR APPELLANTS

Motion for Extension of Time/File Brief/ 1

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellants, STEPHEN D. FOX, as Next Friend of C.F. and M.F., and move the Court to grant a Second Motion for Extension of Time to File Appellants' Brief herein, and in support thereof would show the Court the following:

1.     Appellants' Attorney of Record, STEPHEN D. FOX, has been extremely busy in commercial / civil litigation cases Texas as well as in Louisiana. The issues that Appellants are researching are very technical and require extensive research therein. The court hearings and trials, as well as the technical issues concerning the this appeal deal with complex issues of law have prevented him from completing his research of the law and drafting Appellant's Brief herein; although Appellant has been working on that Brief.

2.     STEPHEN D. FOX also has hearing and trial matters pending in various District and County Civil courts, for which he must exercise due diligence in preparation and presentation at those hearings and trial.

3.     STEPHEN D. FOX has also had a matter pending before Louisiana District Courts and Courts of Appeals, which matter has taken a tremendous amount of Appellant's research and writing time.

4. For the good cause as shown above, Attorney, STEPHEN D. FOX, requires at least an additional three (3) month in which to file Appellant's Brief.

5. Because of the matters, as stated above, STEPHEN D. FOX request that the Court grant Appellant a three (3) month extension for filing Appellant's Brief.

6. This Motion of not brought for purposes of delay, but that justice might be done.

WHEREFORE, PREMISES CONSIDERED, Appellants pray that the Court grant Appellants' Second Motion for Extension of Time to File Appellants' Brief herein, and for such other and further relief, both general and special, legal and equitable, to which Attorney, STEPHEN D. FOX, may show himself to be justly entitled.

Respectfully submitted,

STEPHEN D. FOX
TBN 07337250
P.O. Box 312104
New Braunfels, Texas 78131
(832) 245-2665
EMail –
Fox.Stephen2011@gmail.com

ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties entitled to notice per the Texas Rules of Civil Procedure on this the *1st* day of _____, 2015.

_____
STEPHEN D. FOX

## CERTIFICATE OF CONFERENCE

I do hereby certify that a reasonable effort has been made to resolve the dispute without the necessity of intervention and that effort has failed.

_____
STEPHEN D. FOX

# AFFIDAVIT

STATE OF TEXAS          §

                        §

COUNTY OF BEXAR                    §

BEFORE ME, the undersigned authority, on this day personally appeared STEPHEN D. FOX, who, being by me duly sworn upon his oath did depose and say:

"My name is STEPHEN D. FOX, I am over the age of eighteen (18) years, competent to testify, I have personal knowledge of the facts stated herein, and all facts stated herein are true and correct.

I have drafted and read the foregoing Second Motion for Extension of Time to File Appellants' Brief and all facts stated therein are true and correct. This Motion is not brought for purposes of delay, but that justice might be done."

Further Affiant Sayeth Naught:

_____
STEPHEN D. FOX

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on this the 1st day of _____May_____, 2015.

_____
Notary Public/State of Texas

ANITA A. ALI
My Commission Expires
April 10, 2016

My Commission Expires:

04/10/2016

*I, the undersigned Notary Public, have verified the identity of the Deponent herein by:*

_____/  *(A)   The deponent is personally known to the notary public;*

__✓__   *(B)   The deponent was identified by an identification card issued by a governmental agency or a passport issued by the United States; or*

_____   *(C)   The deponent was introduced to the notary public, and, if introduced, the name and residence or alleged residence of the individual introducing the deponent.   Tex.    Gov.   Code   §   406.014 (1997).*